| INN - PROB 22 | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| Rev. 05/04 | | 0755 3:02CR00006 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Felipe Rangel, Jr | Northern District Of Indiana | |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Allen Sharp | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 1/19/2007 | TO 1/18/2011 |

| OFFENSE |
|---|
| Controlled Sub-Sell,Distribute,Or Dispen |

**08CR 474**

**MAGISTRATE JUDGE DENLOW    JUDGE RONALD GUZMAN**

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ Northern District Of Indiana _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ Northern District of Illinois _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____ April 2, 2008 _____         _____ [signature] _____
Date                                             United Sates District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ NORTHERN _____ DISTRICT OF _____ ILLINOIS _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

**FILED**
**JUN 1 6 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUN 1 2 2008                            _____ [signature] _____
*Effective Date*                          *United States District Judge*