INN - PROB 22
Rev. 05/04

| | DOCKET NUMBER *(Tran. Court)* |
| --- | --- |
| | 0755 3:02CR00006 |

## TRANSFER OF JURISDICTION

| | DOCKET NUMBER *(Rec. Court)* |
| --- | --- |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| Felipe Rangel, Jr | Northern District Of Indiana | |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Allen Sharp | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
| | | 1/19/2007 | 1/18/2011 |

OFFENSE
Controlled Sub-Sell,Distribute,Or Dispen

# 08 CR 474

## MAGISTRATE JUDGE DENLOW    JUDGE RONALD GUZMAN

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Northern District Of Indiana _____

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ Northern District of Illinois _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____
Date

_____
United Sates District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ NORTHERN _____ DISTRICT OF _____ ILLINOIS _____

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

F I L E D
6-30-08

JUN 3 0 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUN 1 2 2008
_____
Effective Date

_____
United States District Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

**Stephen R. Ludwig, Clerk**                                    **www.innd.uscourts.gov**

June 25, 2008

FILED
JUN 3 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Clerk, U.S. District Court
219 South Dearborn Street
Chicago, IL 60604

Re: USA v Felipe Rangel, Jr

Dear Clerk:

Enclosed are certified copies of the judgment for Felipe Rangel and the docket sheet. The case file for 3:02-cr-6 has already been sent to archives for storage. If you need a copy of the indictment, we will need to retrieve the case file.

Please let us know if we can be of additional assistance.

Sincerely,

STEPHEN R. LUDWIG, CLERK

By: _____
    Shirley Paulson
    Deputy Clerk
    574-246-8000

Reply to South Bend Office

1108 E. Ross Adair Federal Bldg. • 1300 S. Harrison Street • Fort Wayne, Indiana 46802 • (260) 423-3000 • Fax (260) 423-3007
5400 Federal Plaza • Suite 2300 • Hammond, Indiana 46320 • (219) 852-6500 • Fax (219) 852-6509
102 Robert A. Grant Federal Bldg. • 204 South Main Street • South Bend, Indiana 46601 • (574) 246-8000 • Fax (574) 246-8002
214 Charles Halleck Federal Bldg. • 230 North Fourth Street • P.O. Box 1498 • Lafayette, Indiana 47902 • (765) 420-6250 • Fax (765) 420-6273

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

FILED

MICHAEL W. DOBBINS

312-435-5698

**June 19, 2008**

2008 JUN 23  AM 11: 50

STEPHEN R. LUDWIG, CLERK
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

Northern District of Indiana
Mr. Stephen R. Ludwig,  Clerk
United States District Court
102 Robert A. Grant Federal Building
and United States Courthouse
204 South Main Street
South Bend, IN 46601

Dear Clerk:

**Re: 0755 3:02CR00006     USA v.  Felipe Rangel, Jr.     Judge Allen Sharp**

Our Case Number: 08 CR 474     -   Northern District of Illinois

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address.  Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by: _____
Marsha E. Glenn
Deputy Clerk

Enclosure

TERMED

# U.S. District Court Northern District of Indiana [LIVE]
## USDC Northern Indiana (South Bend)
## CRIMINAL DOCKET FOR CASE #: 3:02-cr-00006-AS-2
### Internal Use Only

Case title: USA v. Garcia

Other court case numbers: :02- -04043 USCA
                                       :03- -01606 USCA

Magistrate judge case number: 2:02-mj-01003

Date Filed: 01/17/2002
Date Terminated: 02/21/2003

---

Assigned to: Judge Allen Sharp

Appeals court case numbers: '04-
3109' 'USCA', 03-1606

**Defendant (2)**

**Felipe Rangel**
*TERMINATED: 02/21/2003*

represented by **Adam D Ingber PHV**
351 W Chicago Avenue
Chicago, IL 60610
312-853-3588
*TERMINATED: 02/21/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**Patrick J Cotter**
Arnstein and Lehr
Suite 1200
120 S Riverside Plaza
Chicago, IL 60606-3913
312-876-7100
Fax: 312-876-0288
Email: pjcotter@arnstein.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I Certify that the foregoing is a
true copy of the original on file in this
court and cause.
STEPHEN R. LUDWIG, CLERK

By _____ DEPUTY CLERK

Date 6-25-08

| **Pending Counts** | **Disposition** |
|---|---|
| 21:841(a)(1) SELL, DISTRIBUTE, OR DISPENSE COCAINE POWDER (SCHEDULE II CONTROLLED SUBSTANCE); 18:2 AIDING & ABETTING (1-4) | |
| 21:841(a)(1) SELL, DISTRIBUTE, OR DISPENSE COCAINE POWDER (SCHEDULE II CONTROLLED SUBSTANCE); 18:2 AIDING & ABETTING (5-6) | Total sentence of 63 months imprisonment, 4 years supervised release, special assessment fee |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 21:841(a)(1) possess with intent to distribute cocaine [ 2:02-m - 1003 ] | |

---

**Miscellaneous Party**

| **Felipe Rangel** | represented by | **Felipe Rangel** |
|---|---|---|
| | | 127 Emelia Street |
| | | Chicago Heights, IL 60411 |
| | | PRO SE |

---

## Miscellaneous Party

**Jose Garcia**                        represented by **Jose Garcia**
                                                      6724 Forestdale
                                                      Hammond, IN 46323
                                                      219-844-2702
                                                      PRO SE

---

## Plaintiff

**United States of America**           represented by **D Doug Petrovic - AUSA**
                                                      US Attorney's Office - Ham/IN
                                                      5400 Federal Plaza Suite 1500
                                                      Hammond, IN 46320
                                                      Email:
                                                      USAINN.ECFCivil@usdoj.gov
                                                      *TERMINATED: 02/21/2003*
                                                      *LEAD ATTORNEY*

                                                      **Frank E Schaffer - AUSA**
                                                      US Attorney's Office - SB/IN
                                                      M01 Federal Building
                                                      204 S Main Street
                                                      South Bend, IN 46601-2191
                                                      574-236-8287
                                                      Fax: 574-236-8155
                                                      Email: frank.schaffer@usdoj.gov
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Philip P Simon**
                                                      US Attorney's Office - Ham/IN
                                                      5400 Federal Plaza Suite 1500
                                                      Hammond, IN 46320
                                                      219-937-5500
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: Retained*

                                                      **David E Hollar - AUSA**
                                                      US Attorney's Office - Ham/IN
                                                      5400 Federal Plaza Suite 1500

Hammond, IN 46320
219-937-5500
Fax: 219-852-2770
Email:
USAINN.ECFCivil@usdoj.gov
*TERMINATED: 02/22/2008*
*Designation: Retained*

**Lesley J Miller Lowery - AUSA**
US Attorney's Office - FW/IN
1300 S Harrison Street Room
3128
Fort Wayne, IN 46802
260-422-2595
Fax: 260-426-1616
Email:
Lesley.MillerLowery@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Kenneth M Hays - AUSA**
US Attorney's Office - SB/IN
M01 Federal Building
204 S Main Street
South Bend, IN 46601-2191
574-236-8287
Fax: 574-236-8155
Email: kenneth.hays@usdoj.gov

| Date Filed | # | Docket Text |
|---|---|---|
| 01/07/2002 | 1 | COMPLAINT against Jose Antonio Garcia, Felipe Rangel filed by Robert Negro SA/DEA signed by Mag Judge Andrew P. Rodovich [ 2:02-m -1003 ] (jrh) (Entered: 01/07/2002) |
| 01/07/2002 | | ARREST Warrant issued for Felipe Rangel by Mag Judge Andrew P. Rodovich [ 2:02-m -1003 ] (jrh) (Entered: 01/07/2002) |
| 01/07/2002 | | ARREST of defendant Felipe Rangel on 1/7/02 [ 2:02-m -1003 ] (jrh) (Entered: 01/07/2002) |
| 01/07/2002 | 5 | MINUTES: INITIAL APPEARANCE held 1/7/02 before Mag Judge Andrew P. Rodovich. initial appearance of Felipe Rangel ; without counsel ,. Govt rep by Thomas Kirsch, AUSA. |

|            |    |                                                                                                                                                                                                              |
|------------|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | Jim Holm, PTS. Dft indicates he will retain cnsl. Bond set in the amt of $20,000 Unsecured with supervision. ; arraignment set for 1:00 1/28/02 for Felipe Rangel before Mag Judge Andrew P. Rodovich . Dft RELEASED. [ 2:02-m -1003 ] (jrh) (Entered: 01/07/2002) |
| 01/07/2002 | 6  | BOND Posted ( $20,000 Unsecured) for Felipe Rangel Supervised. [ 2:02-m -1003 ] (jrh) (Entered: 01/07/2002)                                                                                                    |
| 01/07/2002 | 7  | ORDER setting conditions of release for Felipe Rangel by Mag Judge Andrew P. Rodovich [ 2:02-m -1003 ] (jrh) (Entered: 01/07/2002)                                                                             |
| 01/07/2002 | 9  | ARREST Warrant returned executed as to Felipe Rangel on 1/4/02 [ 2:02-m -1003 ] (jrh) (Entered: 01/07/2002)                                                                                                    |
| 01/17/2002 | 12 | INDICTMENT by USA. Counts filed against Jose Antonio Garcia (1) count(s) 1-6, Felipe Rangel (2) count(s) 1-6 (smp) (Entered: 01/23/2002)                                                                        |
| 01/17/2002 | 13 | PRAECIPE for summons for Jose Garcia: by plaintiff USA (smp) (Entered: 01/23/2002)                                                                                                                             |
| 01/17/2002 | 14 | PRAECIPE for summons for Felipe Rangel: by plaintiff USA (smp) (Entered: 01/23/2002)                                                                                                                           |
| 01/18/2002 | 11 | NOTICE: the arraignment currently set before the Hon Andrew P Rodovich on 1/28/02 at 1:00 P.M. is VACATED. A new arraignment date will be assigned by the Hon. Allen Sharp in South Bend, Indiana [ 2:02-m -1003 ] (jrh) (Entered: 01/18/2002) |
| 01/23/2002 |    | SUMMONS issued as to Felipe Rangel ;arraignment set for 1:15 2/28/02 for Felipe Rangel (smp) (Entered: 01/23/2002)                                                                                             |
| 02/26/2002 | 16 | SUMMONS executed on 2/22/02 as to Felipe Rangel (Summons left at residence with Al Hill) (smp) (Entered: 02/27/2002)                                                                                           |
| 02/28/2002 | 17 | MOTION for a bill of particulars by Felipe Rangel (smp) (Entered: 03/01/2002)                                                                                                                                  |
| 02/28/2002 | 18 | MOTION for attorney Adam D Ingber to appear pro hac vice for Felipe Rangel; pro hac vice filing fee of $30.00 Receipt #3306317 (smp) Modified on 03/01/2002 (Entered: 03/01/2002)                              |
| 02/28/2002 | 19 | ORDER by Judge Allen Sharp granting motion for attorney Adam D Ingber to appear pro hac vice [18-1] Number of pages:                                                                                            |

|  |  | 1 (cc: all counsel) (smp) (Entered: 03/01/2002) |
|---|---|---|
| 02/28/2002 | 20 | APPEARANCE for defendant Felipe Rangel by Attorney Adam D Ingber (smp) (Entered: 03/01/2002) |
| 02/28/2002 | 21 | ARRAIGNMENTS: before Judge Allen Sharp dft Jose Garcia, Felipe Rangel arraigned; NOT GUILTY pleas entered as to all counts; pretrial motions due on 5/6/02 for Jose Garcia, for Felipe Rangel - Govt to respond by 6/3/02 ;jury trial set for 9:30 7/15/02 in South Bend for Jose Garcia, Felipe Rangel ; Motions Oral Argument hearing set for 3:30 6/21/02 in South Bend for Jose Garcia, for Felipe Rangel (all times South Bend time); Defts released on same conditions (saj) (Entered: 03/01/2002) |
| 03/07/2002 | 23 | RESPONSE by plaintiff USA to motion for a bill of particulars [17-1] (smp) (Entered: 03/08/2002) |
| 03/08/2002 | 22 | Text not available. (Entered: 03/08/2002) |
| 03/08/2002 | 22 | NOTICE: before Judge Allen Sharp ;pretrial motion oral argument set for 1:00 3/25/02 for Felipe Rangel (cc: all counsel) (saj) (Entered: 03/08/2002) |
| 03/25/2002 | 24 | MOTION to withdraw document motion for bill of particulars [17-1] by Felipe Range with leave to refilel (smp) (Entered: 03/26/2002) |
| 03/25/2002 | 25 | ORDER by Judge Allen Sharp granting defendant Felipe Rangel's motion to withdraw document motion for bill of particulars [17-1] [24-1] withdrawing motion for a bill of particulars [17-1] Number of pages: 1 (cc: all counsel) (smp) (Entered: 03/26/2002) |
| 05/06/2002 | 26 | MOTION to inspect grand jury minutes by Felipe Rangel (smp) (Entered: 05/09/2002) |
| 05/06/2002 | 27 | MEMORANDUM by defendant Felipe Rangel in support of motion to inspect [26-1] (smp) (Entered: 05/09/2002) |
| 05/06/2002 | 28 | MOTION to quash arrest , and to suppress evidence illegally seized , or in the alternative for hearing by Felipe Rangel (smp) (Entered: 05/09/2002) |
| 05/06/2002 | 29 | MOTION to sever each count of the indictment pursuant to Rule 14 by Felipe Rangel (smp) (Entered: 05/09/2002) |
| 05/06/2002 | 30 | MEMORANDUM by defendant Felipe Rangel in support of motion for severance of counts [29-1] (smp) (Entered: |

| | | |
|---|---|---|
| | | 05/09/2002) |
| 05/06/2002 | 31 | MOTION for severance of defendants pursuant to FRCP 8 and 14 by Felipe Rangel (smp) (Entered: 05/09/2002) |
| 05/06/2002 | 32 | MOTION to suppress evidence by Felipe Rangel (smp) (Entered: 05/09/2002) |
| 05/06/2002 | 33 | MOTION to require notice of intention to use other crimes, wrongs or acts evidence by Felipe Rangel (smp) (Entered: 05/09/2002) |
| 05/06/2002 | 34 | MOTION for leave to file additional pretrial motions by Felipe Rangel (smp) (Entered: 05/09/2002) |
| 05/06/2002 | 35 | MOTION to discover use of electronic devices by Felipe Rangel (smp) (Entered: 05/09/2002) |
| 05/06/2002 | 36 | MOTION to produce under Rule 17(c) by Felipe Rangel (not signed) (smp) (Entered: 05/09/2002) |
| 05/06/2002 | 37 | MOTION for discovery , and to inspect by Felipe Rangel (smp) (Entered: 05/09/2002) |
| 05/06/2002 | 38 | MOTION to dismiss indictment as to Felipe Rangel (2) count(s) 1-6 by Felipe Rangel (smp) (Entered: 05/09/2002) |
| 05/06/2002 | 39 | MOTION for production of favorable evidence by Felipe Rangel (smp) (Entered: 05/09/2002) |
| 05/06/2002 | 40 | MEMORANDUM by defendant Felipe Rangel in support of defendant's motion for production of favorable evidence [39-1] (smp) (Entered: 05/09/2002) |
| 05/06/2002 | 41 | MOTION for discovery under federal sentencing guidelines by Felipe Rangel (smp) (Entered: 05/09/2002) |
| 05/06/2002 | 42 | MOTION for order for a list of witnesses by Felipe Rangel (smp) (Entered: 05/09/2002) |
| 05/06/2002 | 43 | NOTICE of filing motions by defendant Felipe Rangel (smp) (Entered: 05/09/2002) |
| 06/07/2002 | 44 | FAXED MOTION to withdraw all pre-trial motions [42-1], [41-1], [39-1], [38-1], [37-1], [37-2], [36-1], [35-1], [34-1], [33-1], [32-1], [31-1], [29-1], [28-1], [28-2], [28-3], [26-1] w/leave to refile in contemplation of plea by Felipe Rangel (faxed copy accepted by Court)(original received 6/13/02) (smp) Modified on 06/13/2002 (Entered: 06/10/2002) |

| 06/07/2002 | 45 | ORDER by Judge Allen Sharp granting motion to withdraw all pre-trial motions [42-1], [41-1], [39-1], [38-1], [37-1], [37-2], [36-1], [35-1], [34-1], [33-1], [32-1], [31-1], [29-1], [28-1], [28-2], [28-3], [26-1] [44-1], withdrawing motion for order for a list of witnesses [42-1], withdrawing motion for discovery under federal sentencing guidelines [41-1], withdrawing motion for production of favorable evidence [39-1], withdrawing motion to dismiss indictment as to Felipe Rangel (2) count(s) 1-6 [38-1], withdrawing motion for discovery [37-1], withdrawing motion to inspect [37-2], withdrawing motion to produce under Rule 17 (c) [36-1], withdrawing motion to discover use of electronic devices [35-1], withdrawing motion for leave to file additional pretrial motions [34-1], withdrawing motion to require notice of intention to use other crimes, wrongs or acts evidence [33-1], withdrawing motion to suppress evidence [32-1], withdrawing motion for severance of defendants pursuant to FRCP 8 and 14 [31-1], withdrawing motion to sever each count of the indictment pursuant to Rule 14 [29-1], withdrawing motion to quash arrest [28-1], withdrawing motion to suppress evidence illegally seized [28-2], withdrawing motion for hearing [28-3], withdrawing motion to inspect grand jury minutes [26-1] Number of pages: 1 (cc: all counsel) (smp) (Entered: 06/10/2002) |
| 07/01/2002 | 47 | MOTION to continue trial by Felipe Rangel (jld) (Entered: 07/02/2002) |
| 07/01/2002 | 48 | MOTION for order renewing defendant's pretrial motions by Felipe Rangel (jld) (Entered: 07/02/2002) |
| 07/01/2002 | 49 | ORDER by Judge Allen Sharp granting motion to continue trial [47-1] jury trial reset for 9:30 11/4/02 (South Bend time) for Felipe Rangel before Judge Allen Sharp hearing on pretrial motions set for 2:00 7/22/02 (South Bend time) for Felipe Rangel Number of pages: 1 (cc: all counsel) (jld) (Entered: 07/02/2002) |
| 07/01/2002 |  | (Court only) (Utility) XT excludable (jld) (Entered: 07/02/2002) |
| 07/01/2002 | 53 | MOTION to continue trial by Felipe Rangel (smp) (Entered: 07/08/2002) |
| 07/01/2002 | 54 | MOTION for order resetting briefing scheduling and hearing on defendant Rangel's pretrial motions by Felipe Rangel (smp) (Entered: 07/08/2002) |

| | | |
|---|---|---|
| 07/01/2002 | | (Court only) (Utility) granting motion for order resetting briefing scheduling and hearing on defendant Rangel's pretrial motions [54-1], granting motion to continue trial [53-1] (saj) (Entered: 07/22/2002) |
| 07/02/2002 | | REMARK - Court attempted to have a change of plea hearing on Jose Garcia - Deft did now show. (saj) (Entered: 07/02/2002) |
| 07/02/2002 | 50 | ORDER by Judge Allen Sharp Change of plea hearing reset from 7/2/02 to 9:30 7/3/02 for Jose Garcia Number of pages: 1 (cc: all counsel) (saj) (Entered: 07/02/2002) |
| 07/03/2002 | | (Court only) (Utility) ;jury trial set for <date not set> for Jose Garcia (saj) (Entered: 09/03/2002) |
| 07/22/2002 | 55 | MOTIONS ORAL ARGUMENT: before Judge Allen Sharp ; Deft begins evid with 1 witness; Govt begins evid with 3 witnesses; Closing arguments heard; All motions except motion to suppress are moot or dealt with otherwise; Counsel give to 8/19/02 to file simultaneous briefs on the motion to suppress; Bond continued for deft Rangel (saj) (Entered: 07/22/2002) |
| 07/29/2002 | | TRANSCRIPT of motion to suppress hearing before Judge Allen Sharp; Court Reporter: Loretta M Spromberg 7/22/02; # of Volumes: 1 (smp) (Entered: 07/30/2002) |
| 08/19/2002 | 56 | RESPONSE by plaintiff USA regarding defendant Rangel's motion to suppress [32-1] (smp) (Entered: 08/19/2002) |
| 08/19/2002 | 57 | MEMORANDUM by defendant Felipe Rangel in support of motion to suppress [32-1] (smp) (Entered: 08/22/2002) |
| 08/27/2002 | 58 | MEMORANDUM and Order: by Judge Allen Sharp denying that the motion to supress filed on behalf of Felipe Rangel is denied [32-1], [28-2] (cc: all counsel) (smp) (Entered: 08/27/2002) |
| 09/04/2002 | 59 | MEMORANDUM by Judge Allen Sharp that previous decision of this Court re voluntariness of the defendant's statement is supported by decision of USCA in USA v Ceballos (cc: all counsel) (smp) (Entered: 09/05/2002) |
| 09/05/2002 | 60 | NOTICE of change of address for attorney Adam D Ingber (smp) (Entered: 09/06/2002) |
| 10/18/2002 | 61 | NOTICE: before Judge Allen Sharp jury trial reset on 11/4/02 at 9:30 FROM South Bend TO Hammond (Hammond time) (cc: all counsel) (saj) (Entered: 10/18/2002) |

| 11/04/2002 | 62 | Voir Dire Submission (questions) by deft Felipe Rangel (saj) (Entered: 11/04/2002) |
| 11/04/2002 | 63 | APPEARANCE for plaintiff USA by Attorney David E Hollar (saj) (Entered: 11/04/2002) |
| 11/04/2002 | 64 | APPEARANCE for plaintiff USA by Attorney Philip P Simon (saj) (Entered: 11/04/2002) |
| 11/04/2002 | 65 | PROPOSED JURY Instructions by plaintiff USA (saj) (Entered: 11/04/2002) |
| 11/04/2002 | 66 | SANTIAGO PROFFER by Plaintiff Government (saj) (Entered: 11/04/2002) |
| 11/04/2002 | 67 | AMENDED WITNESS list by plaintiff USA (saj) (Entered: 11/04/2002) |
| 11/04/2002 | 68 | EXHIBIT list by plaintiff USA (saj) (Entered: 11/04/2002) |
| 11/04/2002 | 69 | ORDER FOR JURY MEALS by Judge Allen Sharp for each day of the trial; Number of pages: 1 (cc: all counsel) (saj) (Entered: 11/04/2002) |
| 11/04/2002 | 70 | JURY TRIAL (Day 1): before Judge Allen Sharp All jurors sworn; 16 jurys sworn; jury impaneled; Govt asks for sep of witnesses - Granted; Opening statements; Govt begins evid with 4 witnesses (saj) (Entered: 11/05/2002) |
| 11/05/2002 | 71 | STIPULATION re: Transcripts by plaintiff USA, defendant Felipe Rangel (saj) (Entered: 11/05/2002) |
| 11/05/2002 | 72 | PROPOSED JURY Instructions by defendant Felipe Rangel (saj) (Entered: 11/05/2002) |
| 11/06/2002 | 73 | JURY TRIAL (Day 2): before Judge Allen Sharp ; Govt continues evid with 7 witnesses; Govt rests; Deft asks for directed verdict - Denied; Court goes over court's jury instructions with counsel. (saj) (Entered: 11/06/2002) |
| 11/06/2002 | 74 | COURT's JURY Instructions (saj) (Entered: 11/06/2002) |
| 11/06/2002 | 75 | JURY TRIAL (Day 3 - Last Day): before Judge Allen Sharp Closing arguments; Court's jury instr's read to jury; 2 bailiffs sworn; 4 alt jurors selected; finding Felipe Rangel (2) counts 5-6 guilty; finding Felipe Rangel (2) counts 1-4 not guilty; Bond continued; sentencing set in Hammond, IN for 3:30 2/21/03 for Felipe Rangel; Matter referred to USPO for PSI; Exhibit list & |

| | | |
|---|---|---|
| | | jury note attached to minutes (saj) (Entered: 11/07/2002) |
| 11/06/2002 | 76 | VERDICTS of not guilty as to Felipe Rangel on counts 1, 2, 3 and 4 (4 separate pages) (saj) (Entered: 11/07/2002) |
| 11/06/2002 | 77 | VERDICTS of guilty as to Felipe Rangel on counts 5 and 6 (2 separate pages) (saj) (Entered: 11/07/2002) |
| 11/06/2002 | 78 | RETURN OF EXHIBITS 1 through 6 to Government Agent Robert Negro from 11/4/02 jury trial (drug exhibits) (saj) (Entered: 11/07/2002) |
| 11/06/2002 | | (Court only) Docket Modification (Utility) regarding [76-1], regarding [75-2] finding Felipe Rangel (2) count(s) 1-4 not guilty (lpw) (Entered: 03/03/2003) |
| 11/15/2002 | 79 | NOTICE of Appeal by defendant Felipe Rangel from Dist. Court regarding [77-1], orders of Judge Sharp denying defendant's motions for judgment of acquittal, from rulings on defendant's objections during trial, from the prospective order denying defendant's post-trial motions, from orders denying defenant's proposed jury instructions, rulings admitting government's exhibits 1-6 as well as "summary" exhibit during trial, an order rejecting defendant's request for information on jury questionnaire from juror who failed to answer, an order giving jury instruction on summaries, and other matters that become disclosed by review of record when it is transcribed for dates 11/4/02, 11/5/02 and 11/6/02 (cc: all counsel) (smp) (Entered: 11/19/2002) |
| 11/15/2002 | 80 | MOTION for judgment of acquittal , or alternatively for new trial and memorandum in support by Felipe Rangel (smp) (Entered: 11/19/2002) |
| 11/15/2002 | | APPEAL filing fee received from Felipe Rangel in the amount of $ 105.00 (Receipt # 2129110) regarding [79-1] (smp) (Entered: 11/19/2002) |
| 11/19/2002 | 81 | Short record sent to USCA; copy of notice of appeal, 7th Circuit Appeal Information Sheet and docket sheet (smp) (Entered: 11/19/2002) |
| 11/27/2002 | 83 | RESPONSE by plaintiff USA to defendant Rangel's motion for judgment of acquittal [80-1], to motion for new trial [80-2] (smp) (Entered: 11/27/2002) |
| 12/04/2002 | 84 | MEMORANDUM and Order: by Judge Allen Sharp denying |

| | | |
|---|---|---|
| | | defendnat Rangel's motion for judgment of acquittal [80-1], denying motion for new trial [80-2]; sentencing will go forward as scheduled (cc: all counsel) (smp) (Entered: 12/05/2002) |
| 12/09/2002 | 85 | Mandate from Circuit Court of Appeals dismissing the appeal [79-1] regarding Felipe Rangel No record sent (cc: chambers) (smp) (Entered: 12/10/2002) |
| 12/19/2002 | 91 | ORDER ON PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE by Mag Judge Andrew P. Rodovich as to defendant Felipe Rangel: Warrant to be issued Number of pages: 1 (cc: all counsel) (sdf) Modified on 12/26/2002 (Entered: 12/26/2002) |
| 12/20/2002 | | (Court only) (Utility) terminating party Jose Garcia (saj) (Entered: 12/20/2002) |
| 12/20/2002 | | ARREST Warrant issued for Felipe Rangel by Mag Judge Andrew P. Rodovich (sdf) (Entered: 12/26/2002) |
| 01/16/2003 | 92 | ORDER by Judge Allen Sharp granting motion for judicial recommendation for participation in boot camp program [90-1] Number of pages: 1 (cc: all counsel) (smp) (Entered: 01/16/2003) |
| 01/21/2003 | | ARREST of defendant Felipe Rangel on 1/21/03 (jrh) (Entered: 01/21/2003) |
| 01/21/2003 | 93 | MINUTES: INITIAL APPEARANCE ON BOND VIOLATION held 1/21/03 before Mag Judge Andrew P. Rodovich. Dft Felipe Rangel appears in person without counsel. Govt rep by David Hollar, AUSA. Eric Johnston/Jim Holm, PTS. Dft advised as to constitutional rights, charges and penalties. Govt moves for detention. Granted. ;bond revocation hearing set for 1:00 1/27/03 for Felipe Rangel before Mag Judge Andrew P. Rodovich . Dft REMANDED. (jrh) (Entered: 01/21/2003) |
| 01/27/2003 | 94 | MINUTES: BOND REVOCATION HEARING held 1/27/03 before Mag Judge Andrew P. Rodovich. Dft Felipe Rangel appears in person and by cnsl Adam Ingber. Govt rep by David Hollar, AUSA. Jim Holm, PTS. Parties present evidence and make comments. Govt's Motion to Revoke dft's Bond is GRANTED. dft Felipe Rangel 's bond revoked Dft REMANDED. (jrh) (Entered: 01/27/2003) |
| 02/05/2003 | 96 | ARREST Warrant returned executed as to Felipe Rangel on |

| | | 1/21/03 (smp) (Entered: 02/07/2003) |
|---|---|---|
| 02/21/2003 | 97 | SENTENCING: before Judge Allen Sharp sentencing Felipe Rangel (2) counts 5-6. Total sentence of 63 months imprisonment w/credit for time served, 4 years supervised release, $200 special assessment fee, Ct informs of right to appeal, PSI ordered sealed; Deft remanded to USM (saj) (Entered: 02/22/2003) |
| 02/21/2003 | 98 | JUDGMENT and Commitment issued to U.S. Marshal as to Felipe Rangel by Judge Allen Sharp (cc: USM(4-cert), USA(2-cert), USPO(1-cert), Rangel, Ingber, Financial, Press Box, Order Book) (saj) (Entered: 02/22/2003) |
| 02/21/2003 | 99 | SENTENCING memorandum by Judge Allen Sharp as to Felipe Rangel (cc: USM, USPO, USA, Ingber, Order Book) (saj) (Entered: 02/22/2003) |
| 02/21/2003 | | (Court only) (Utility) terminating party Felipe Rangel , case terminated (saj) (Entered: 02/22/2003) |
| 02/28/2003 | 100 | NOTICE of Appeal by defendant Felipe Rangel from Dist. Court regarding [98-1] fees 105.00 receipt #3312313 (cc: all counsel) (smp) (Entered: 03/03/2003) |
| 02/28/2003 | 101 | Docketing Statement by defendant Felipe Rangel (smp) (Entered: 03/03/2003) |
| 03/03/2003 | 102 | Short record sent to USCA: copy of notice of appeal, jurisdictional statement, 7th Circuit Appeal Information Sheet and docket sheet (smp) (Entered: 03/03/2003) |
| 03/11/2003 | 103 | APPEAL Transcript Designation and Order form for the dates of 11/4-6/2002 and 2/21/2003 regarding [100-1] (smp) (Entered: 03/12/2003) |
| 03/11/2003 | 104 | NOTIFICATION by Circuit Court of Appellate Docket Number regarding [100-1] ( 03-1606) (smp) (Entered: 03/12/2003) |
| 04/01/2003 | 105 | JUDGMENT and Commitment returned executed on 3/25/03 as to Felipe Rangel (2) count(s) 5-6 ;Name of Institution: FCI-Duluth (smp) (Entered: 04/02/2003) |
| 04/04/2003 | 106 | ORDER by Judge Allen Sharp to withdraw Adam D Ingber as attorney for Felipe Rangel Number of pages: 1 (cc: all counsel) (smp) (Entered: 04/07/2003) |
| 04/10/2003 | | TRANSCRIPT of proceedings for the following date(s): 11/4/02 |

| | | 1 Volume (Re: [100-1] ); Court Reporter: Joanne M Hoffman (smp) (Entered: 04/14/2003) |
|---|---|---|
| 04/10/2003 | | TRANSCRIPT of jury trial proceedings for the following date (s): 11/5/02; 1 Volume; Court Reporter Joanne M Hoffman (Re: [100-1] ) (smp) (Entered: 04/14/2003) |
| 04/10/2003 | | TRANSCRIPT of jury trial proceedings for the following date (s): 11/6/02; Volume 1 (Re: [100-1] ) Court Reporter: Loretta M Spromberg (smp) (Entered: 04/14/2003) |
| 04/10/2003 | | TRANSCRIPT of sentencing hearing before Judge Allen Sharp for the following date(s): 2/21/03 1 (Re: [100-1] ); Court Reporter Loretta M Spromberg (smp) (Entered: 04/14/2003) |
| 04/11/2003 | 107 | APPEARANCE for defendant Felipe Rangel by Attorney Patrick J Cotter (smp) (Entered: 04/14/2003) |
| 08/02/2003 | 112 | RESPONSE by plaintiff USA to motion for downward departure [109-1] (smp) (Entered: 08/26/2003) |
| 08/12/2003 | 110 | ORDER by Judge Allen Sharp regarding [109-1] plaintiff ordered to file full written response to pro se motion Number of pages: 1 (cc: all counsel) (smp) (Entered: 08/14/2003) |
| 08/12/2003 | 111 | ORDER by Judge Allen Sharp regarding [109-1] for USA to advise Court when a hearing is desired on motion Number of pages: 1 (cc: all counsel) (smp) (Entered: 08/14/2003) |
| 08/27/2003 | 113 | MEMORANDUM and Order: by Judge Allen Sharp denying defendant Garcia's motion for downward departure [109-1] (cc: all counsel) (smp) (Entered: 08/28/2003) |
| 09/08/2003 | | REQUEST from USCA for transmittal of record (smp) (Entered: 09/09/2003) |
| 09/09/2003 | 114 | APPEAL record sent to Circuit Court; 2 vols of pleadings and 5 transcripts (smp) (Entered: 09/09/2003) |
| 11/02/2003 | | (Court only) ***Motions terminated as to Jose Garcia, Felipe Rangel : 71 Stipulation filed by United States of America, Felipe Rangel. (klb, ) (Entered: 11/02/2003) |
| 12/19/2003 | 115 | MANDATE of USCA (certified copy) as to Felipe Rangel re 100 Notice of Appeal - Final Judgment; affirming judgment of District Court and returning the district court record consisting of 2 vols; 5 transcripts & 1 in camera material volumes. (smp) (Entered: 12/23/2003) |

| 01/26/2004 | 116 | Letter from Felipe Rangel requesting copies of #72 and #74. (Sent letter re cost for copies) (smp) (Entered: 01/27/2004) |
| 01/30/2004 | 117 | RETURN OF EXHIBITS as to Felipe Rangel - Government exhibits admitted during the November 2002 jury trial (except 1 thru 6) released to atty David Hollar and will be hand-delivered by the Court to the Hammond U.S. Atty's Office. (saj) (Entered: 01/30/2004) |
| 02/06/2004 | 118 | RETURN OF EXHIBITS (from 7/26/02 and 8/16/01 proceedings) as to Felipe Rangel to mailed to attorney Thomas Howard. (saj) (Entered: 02/06/2004) |
| 02/10/2004 | 119 | NOTICE to counsel for Felipe Rangel to pick up exhibits from 11/4/02 jury trial by 3/12/04 or they will be destroyed. (saj) (Entered: 02/10/2004) |
| 02/17/2004 | 120 | MOTION to Vacate under 28 U.S.C. 2255 ( Civil Action 3:04-cv-138.) by Felipe Rangel. (Attachments: # 1 Memorandum in support)(smp) (Entered: 02/19/2004) |
| 02/23/2004 | 121 | ORDER for AUSA to file written response to 2255 Petition within 30 days of this order as to Felipe Rangel re 120 MOTION to Vacate under 28 U.S.C. 2255 ( Civil Action 3:04-cv-138.) . Signed by Judge Allen Sharp on 2/23/04. (smp) (Entered: 02/24/2004) |
| 02/23/2004 | 122 | RESPONSE by defendant Rangel to 119 Notice regarding Exhibits A & B. Defendant requests that exhibits be sent to him and if any audio materials, they be sent to his brother. (smp) (Entered: 02/24/2004) |
| 02/25/2004 | 123 | RETURN OF EXHIBITS A and B from 11/4/02 jury trial as to Felipe Rangel to Felipe Rangel at his institution in Duluth, MN. (saj) (Entered: 02/25/2004) |
| 02/27/2004 | 124 | ATTORNEY APPEARANCE Lesley J Miller Lowery appearing for USA. *filed* (Miller Lowery, Lesley) (Entered: 02/27/2004) |
| 03/17/2004 | 125 | MOTION for Extension of Time to File Response/Reply as to 120 MOTION to Vacate under 28 U.S.C. 2255 ( Civil Action 3:04-cv-138.) *filed* by United States of America as to Felipe Rangel. (Miller Lowery, Lesley) (Entered: 03/17/2004) |
| 03/18/2004 | 126 | ORDER granting 125 Motion for Extension of Time to 5/7/04 to File Response to 2255 petition filed by Felipe Rangel (2). |

| | | Signed by Judge Allen Sharp on 3/18/04. (smp). (Entered: 03/19/2004) |
|---|---|---|
| 03/18/2004 | | Reset Deadlines: Defendant Response Brief due by 5/7/2004. (smp) (Entered: 03/19/2004) |
| 03/22/2004 | 127 | Letter from Felipe Rangel requesting copies of orders 92 and 113 . Copies sent (smp) (Entered: 03/23/2004) |
| 05/07/2004 | 128 | Emergency MOTION for Extension of Time to File Response/Reply *to Petition to Set Aside Sentence Pursuant to 18, U.S.C., Section 2255* by United States of America as to Felipe Rangel. (Hays, Kenneth) (Entered: 05/07/2004) |
| 05/07/2004 | 129 | ORDER granting 128 USA's Motion for Extension of Time for additional 7 days to File Response to petition as to Felipe Rangel (2). Signed by Judge Allen Sharp on 5/7/04. (smp) (Entered: 05/11/2004) |
| 05/13/2004 | 130 | BRIEF by United States of America as to Felipe Rangel *Government's Response to 2255 Petition* (Attachments: # 1 Affidavit Adam Ingber# 2 Affidavit Patrick Cotter)(Miller Lowery, Lesley) (Entered: 05/13/2004) |
| 06/07/2004 | 131 | MOTION Pursuant to Rule 60(b)(3) Fraud, Misrepresentation, or Other Misconduct of an Adverse Party by Felipe Rangel. (jld) (Entered: 06/08/2004) |
| 06/07/2004 | 132 | MOTION to Appoint Counsel by Felipe Rangel. (jld) (Entered: 06/08/2004) |
| 06/07/2004 | 133 | REPLY TO RESPONSE to Motion by Felipe Rangel re 120 MOTION to Vacate under 28 U.S.C. 2255 ( Civil Action 3:04-cv-138.) (Attachments: # 1 Exhibits; # 2 Affidavit)(jld) (Entered: 06/08/2004) |
| 06/17/2004 | 134 | MEMORANDUM AND ORDER denying 120 Motion to Vacate (2255) as to Felipe Rangel as there is no basis for relief (2); denying 131 Motion 28 USC 2255 petition as to Felipe Rangel (2); denying 132 Motion to Appoint Counsel as to Felipe Rangel (2). Signed by Judge Allen Sharp on 6/17/04. (smp) (Entered: 06/18/2004) |
| 07/12/2004 | 135 | NOTICE OF APPEAL by Felipe Rangel re 134 Order on Motion to Vacate (2255), (smp) (Entered: 07/13/2004) |
| 07/12/2004 | 136 | MOTION for Certificate of Appealability by Felipe Rangel. (Attachments: # 1 Exhibits A-E)(smp) (Entered: 07/13/2004) |

| 07/12/2004 | 137 | Short Record Sent to US Court of Appeals as to Felipe Rangel re 135 Notice of Appeal - Final Judgment; consisting of copy of final order re 2255 petition, notice of appeal, 7th Circuit Appeal Information Sheet and docket sheet. (smp) (Entered: 07/13/2004) |
| --- | --- | --- |
| 07/19/2004 | 138 | RECEIVED Motion pursuant to Appeals Rules for the 7th Circuit Rule 10(B) modification of record from Felipe Rangel (forwarded to Court of Appeals) (smp) (Entered: 07/20/2004) |
| 07/30/2004 | 139 | MEMORANDUM AND ORDER as to Felipe Rangel granting 136 MOTION for Certificate of Appealability filed by Felipe Rangel. . Signed by Judge Allen Sharp on 7/30/04. (smp) (Entered: 08/04/2004) |
| 08/23/2004 | 140 | MOTION for Certificate of Appealability for the separate motion that was filed (Application Pursuant to Rule 60(b)(3)) by Felipe Rangel. (smp) (Entered: 08/24/2004) |
| 08/23/2004 | 142 | USCA Case Number as to Felipe Rangel 04-3109 for 135 Notice of Appeal - Final Judgment filed by Felipe Rangel. (smp) (Entered: 09/03/2004) |
| 08/26/2004 | 141 | Letter from Felipe Rangel re status of appeal filing fee (jld) (Entered: 08/30/2004) |
| 09/01/2004 | 143 | ORDER denying 140 Motion for separate Certificate of Appealability as to Felipe Rangel (2). Signed by Judge Allen Sharp on 9/1/04. (smp) (Entered: 09/03/2004) |
| 05/25/2005 | 144 | Letter from 7th Circuit Court of Appeals requesting record on appeal. (smp) (Entered: 05/25/2005) |
| 05/25/2005 | 145 | Certified and Transmitted Record on Appeal as to Felipe Rangel to US Court of Appeals re 135 Notice of Appeal - Final Judgment (smp) (Entered: 05/25/2005) |
| 05/31/2005 | 146 | RECEIPT of record by USCA on 5/27/05 Case #04-3109. (1 vol in 3:04cv138 and 2 vols in 3:02cr6 and 5 transcripts) (smp) (Entered: 06/01/2005) |
| 06/13/2005 | 147 | Transmitted Supplemental Record on Appeal of the PRESENTENCE INVESTIGATION REPORT as to Felipe Rangel re 135 Notice of Appeal - Final Judgment (sdf, ) (Entered: 06/13/2005) |
| 10/25/2005 | 148 | MANDATE of USCA (certified copy) as to Felipe Rangel re 135 Notice of Appeal - Final Judgment; The motion for bail is |

| | | |
|---|---|---|
| | | denied. The order of the district court is summarily AFFIRMED; and returning the district court record consisting of 2 volumes, 5 volumes transcripts. (kds) (Entered: 10/26/2005) |
| 11/26/2007 | 149 | MOTION to enlarge conditions of supervised release to permit attendance at a family reunion by Felipe Rangel. (smp) (Entered: 11/27/2007) |
| 12/03/2007 | 150 | ORDER granting 149 Motion for leave to attend family reunion as to Felipe Rangel (2). Signed by Judge Robert L Miller Jr on 12/3/07. (smp) (Entered: 12/04/2007) |
| 12/11/2007 | 151 | Mail Returned from Felipe Rangel as Undeliverable - 150 Order on Motion for Miscellaneous Relief. Re-sent to 127 Emelia Street, Chicago Heights, IL 60411 (smp) (Entered: 12/12/2007) |
| 02/04/2008 | 152 | MOTION for Early Termination of Supervised Release by Felipe Rangel. (Attachments: # 1 Appendix A, # 2 Appendix B, # 3 Appendix C1-C2, # 4 Appendix D)(mc) (Entered: 02/05/2008) |
| 02/06/2008 | | NOTICE - Government to file a response to the defendant's pro se motion for early termination of supervised release by 2/22/2008. (saj) (Entered: 02/06/2008) |
| 02/06/2008 | 153 | ATTORNEY APPEARANCE Frank E Schaffer - AUSA appearing for USA. (Schaffer - AUSA, Frank) (Entered: 02/06/2008) |
| 02/21/2008 | 154 | MOTION to Withdraw as Attorney by David E. Hollar. by United States of America as to Felipe Rangel. (Schaffer - AUSA, Frank) (Entered: 02/21/2008) |
| 02/21/2008 | 155 | RESPONSE to Motion by United States of America as to Felipe Rangel re 152 MOTION to Reduce Sentence /Early Termination of Supervised Release (Schaffer - AUSA, Frank) (Entered: 02/21/2008) |
| 02/22/2008 | 156 | ORDER granting 154 Motion to Withdraw as Attorney. David E Hollar - AUSA withdrawn from case. as to Felipe Rangel (2). Signed by Judge Robert L Miller Jr on 2/22/08. (smp) (Entered: 02/25/2008) |
| 03/06/2008 | 157 | REPLY TO RESPONSE to Motion by Felipe Rangel re 152 MOTION for early termination of supervised release. (Attachments: # 1 Affidavit in Support, # 2 Appendix A and B, |

| | | # 3 Notice of Filing)(smp) (Entered: 03/07/2008) |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 04/01/2008 | 158 | ORDER denying 152 Motion to Reduce Sentence as to Felipe Rangel (2). Signed by Judge Robert L Miller Jr on 4/1/08. (smp) (Entered: 04/01/2008) |
| 06/03/2008 | 159 | Jurisdiction Transferred to Northern District of Illinois as to Felipe Rangel . (sdf) (Entered: 06/05/2008) |
| 06/23/2008 | 160 | Jurisdiction Transferred to Northern District of Illinois as to Felipe Rangel Transmitted Transfer of Jurisdiction form, with certified copies judgment and docket sheet. (smp) Modified on 6/24/2008 (case file is in archives-indictment not available) (smp). (Entered: 06/24/2008) |

# UNITED STATES DISTRICT COURT

Northern District of Indiana

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**V.**<br><br>FELIPE RANGEL | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br><br>Case Number:    3:02cr0006AS (02)<br><br>ADAM D. INGBER<br>Defendant's Attorney |

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☒ was found guilty on count(s)   5 and 6
after a plea of not guilty.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21:841(a)(1) & 18:2 | Distribution of Cocaine, Aiding and Abetting | 1/4/2002 | 5 |
| 21:841(a)(1) & 18:2 | Possession with Intent to Distribute Cocaine; Aiding & Abetting | 1/4/2002 | 6 |

The defendant is sentenced as provided in pages 2 through ___5___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has been found not guilty on count(s)   1, 2, 3 and 4

☐ Count(s) _____ ☐ is ☐ are  dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

February 21, 2003
Date of Imposition of Judgment

*Allen Sharp*
Signature of Judicial Officer

ALLEN SHARP
Name and Title of Judicial Officer

February 21, 2003
Date

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I Certify that the foregoing is a
true copy of the original on file in this
court and cause.
STEPHEN R. LUDWIG, CLERK
By: _____
DEPUTY CLERK
Date: 6-25-08

DEFENDANT:        FELIPE RANGEL
CASE NUMBER:      3:02cr0006AS (02)

Judgment — Page   2   of   5

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of Sixty-Three (63) months with the defendant to receive credit for time served while incarcerated on this offense

☐    The court makes the following recommendations to the Bureau of Prisons:

☒    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the U.S. Marshal for this district at (city), Indiana OR directly to the designated institution by (time) on (date).

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐    at _____    ☐ a.m.    ☐ p.m.    on _____ .

    ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    before 2 p.m. on _____ .

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____    to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT:       FELIPE RANGEL
CASE NUMBER:     3:02cr0006AS (02)

Judgment—Page    3    of    5

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term    Four (4) years

    The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

    The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

☒    The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

    If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

    The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) The defendant shall not leave the judicial district or other specified geographic area without the permission of the court or probation officer.

2) The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five (5) days of each month.

3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

4) The defendant shall support the defendant's dependents and meet other family responsibilities.

5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.

6) The defendant shall notify the probation officer at least then (10) days prior to any change of residence or employment.

7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician.

8) The defendant shall not frequent places where controlled substances are illegally sold, used distributed, or administered, or other places specified by the court.

9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.

10) The defendant shall permit a probation officer to visit the defendant at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.

11) The defendant shall notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer.

12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

14) The defendant shall pay the special assessment imposed or adhere to a court-ordered installment schedule for the payment of the special assessment.

15) The defendant shall notify the probation officer of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay any unpaid amount of restitution, fines, or special assessments.

DEFENDANT:      FELIPE RANGEL
CASE NUMBER:    3:02cr0006AS (02)

Judgment—Page ___4___ of ___5___

## ADDITIONAL SUPERVISED RELEASE TERMS

The defendant shall participate in a drug aftercare treatment program which may include urine testing under a co-payment plan at the direction and discretion of the probation officer.

As part of the co-payment program, the defendant will be held responsible for 3% per $100.00 of his net wages as determined by the probation office.

If the defendant is unemployed or receiving public assistance, the defendant will be held responsible for a co-payment of $10.00 per month. Payments are to be made on a per visit basis.

DEFENDANT:     FELIPE RANGEL                           Judgment — Page __5__ of ___5___
CASE NUMBER:   3:02cr0006AS (02)

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|          | **Assessment** | **Fine** | **Restitution** |
|----------|----------------|----------|-----------------|
| **TOTALS** | $ 200.00 | $ 0.00 | $ 0.00 |

☐  The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☒  The defendant shall pay a special assessment in the amount of $200.00 payable to Clerk, U.S. District Court, Suite 2300, 5400 Federal Plaza, Hammond, Indiana 46320.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---------------|-----------------------|-------------------------------|-----------------------------------------|
|               |                       |                               |                                         |
| **TOTALS** | $ _____ | $ _____ | $ _____ |

☐  If applicable, restitution amount ordered pursuant to plea agreement  $ _____

☐  The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

☐  the interest requirement is waived for the  ☐ fine and/or  ☐ restitution.

☐  the interest requirement for the  ☐ fine and/or  ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.